## U.S. District Court
## Middle District of Florida (Tampa)
## CRIMINAL DOCKET FOR CASE #: 8:24−cr−00557−KKM−CPT−1

| | |
|---|---|
| Case title: USA v. Rodriguez | Date Filed: 12/18/2024 |

Assigned to: Judge Kathryn Kimball Mizelle
Referred to: Magistrate Judge Christopher P. Tuite

**Defendant (1)**

**Jennifer L. Rodriguez**

| **Pending Counts** | **Disposition** |
|---|---|
| 49:46504.F INTERFERENCE WITH FLIGHT CREW MEMBERS AND ATTENDANTS (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Joseph Wheeler , III**<br>DOJ−USAO<br>400 N. Tampa Street<br>Suite 3200<br>Tampa, FL 32602<br>813−274−6152<br>Email: joseph.wheeler2@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2024 | 1 | INDICTMENT returned in open court as to Jennifer L. Rodriguez (1) count(s) 1. (Attachments: # 1 Restricted Unredacted Indictment) (JKB) (Entered: 12/19/2024) |
| 01/23/2025 | 4 | **STANDING ORDER: No later than 30 days from the date this order is entered in a criminal case, the United States is directed to file a notice of all corporate victims or other corporate interested parties, including legal entities that hold any interest in a corporate victim's or interested party's shares or stock. If there are no corporate victims or other corporate interested parties, the United States is directed to file a notice stating that there are none. Signed by Judge Kathryn** |

|            |   | **Kimball Mizelle on 1/23/2025. (GSO)** (Entered: 01/23/2025) |
|------------|---|---------------------------------------------------------------|
| 02/12/2025 | 5 | CERTIFICATE of interested persons and corporate disclosure statement by USA (Wheeler, Joseph) (Entered: 02/12/2025) |