UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

JENNIFER L. RODRIGUEZ

CASE NO. 8:24 cr 557-KKM-CPT

49 U.S.C. § 46504
(Interference with Flight
Attendants)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Interference with flight attendants)

On or about April 21, 2024, in the Middle District of Florida, the defendant,

JENNIFER L. RODRIGUEZ,

on an aircraft in flight in the special aircraft jurisdiction of the United States, namely Jetblue flight 2751, which was scheduled to depart Tampa, Florida, destined for San Juan, Puerto Rico, did knowingly assault and intimidate flight attendants of the aircraft, and did thereby interfere with the performance of the duties of flight attendants of Jetblue flight 2751 and lessen their ability to perform their duties as flight attendants.

In violation of 49 U.S.C. § 46504.

DEC 18 2024 PM4:23
FILED - USDC - FLMD - TPA

## FORFEITURE

1.      The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 49 U.S.C. § 46304 and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation 49 U.S.C. § 46504, the defendant,

JENNIFER L. RODRIGUEZ

shall forfeit to the United States, pursuant to 49 U.S.C. § 46304 and 28 U.S.C. § 2461(c), any aircraft involved in the violation.

3.      If any of the property described above, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third person;

        c.      has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



_____
Foreperson

ROGER B. HANDBERG
United States Attorney


By:    _____
       Joe Wheeler III
       Special Assistant United States Attorney


By:    _____
       Daniel J. Marcet
       Assistant United States Attorney
       Chief, National Security Section

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## JENNIFER L. RODRIGUEZ

INDICTMENT

Violations: 49 U.S.C. § 46504

A true bill.

███████████████████████████
Foreperson

Filed in open court this _18th_ day

of December 2024.

_Ashley Sanders_
Clerk

Bail $_____