**COPY**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| v. | ) Case No. 8:24cr557-KKM-CPT |
| JENNIFER L. RODRIGUEZ | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JENNIFER L. RODRIGUEZ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Interference with flight attendants, in violation of 49 U.S.C. § 46504.

Date: 12/19/24

_____
*Issuing officer's signature*

**JULIA BARDAK**

City and state:   Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*